## C. B. SANDERS v. WILLIAM HYFIELD.

Officers—Town Marshal—Salary—Attachment.
> The salary of a town marshal is not subject to attachment on a return of no property found.

APPEAL FROM JESSAMINE CIRCUIT COURT.

December 21, 1869.

OPINION OF THE COURT BY JUDGE PETERS:

Appellee, a creditor of appellant, with an execution against his estate, and a return of no property found, sought by this proceeding to subject a portion of his salary due to him from the board of trustees of Nicholasville for his services as marshal of said town

to the satisfaction of the debt, and the only question in the case is can this claim under *Sec. 474, Civil Code,* be subjected in equity to the payment of said debt.

This case in analogy, and principle, is the same as the cases of *Webb v. McCauley, 3 Bush, 8,* and *Divine v. Harvie, 7 Mon., 489,* and for the reasons therein stated the claim, or demand of appellant is not liable to attachment, and appropriation as sought to be made.

Wherefore, the judgment is *reversed,* and the cause remanded, with directions to dismiss appellee's petition so far as it seeks the unpaid salary of appellant as marshal of said town to be applied to the payment of his debt and for further proceedings not inconsistent with this opinion.

*Messick, for appellant.*

*Brown & Pryor, for appellee.*